# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA

*Alexandria Division*

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EMMANUEL GYASI,<br><br>*Defendant.* | Case No. 1:25-mj-423 |

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Michael Y. Jeng, being duly sworn, hereby, depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since June 2, 2017. Currently, I am assigned to a squad that investigates organized criminal enterprises and is based at the Washington Field Office – Northern Virginia Resident Agency in Manassas, Virginia. I have a bachelor's degree in political science, and a master's degree in security studies. I have primarily investigated violations of fraud, such as online or telephonic scams, money laundering, identity theft, and bank card skimming schemes.

2. I have investigated and assisted in the investigation of criminal matters involving violations of federal criminal statutes that involve financial institutions; the investigation of complex financial crimes, including extensive document review, analysis, and witness interviews; and the preparation, presentation, and service of criminal complaints and arrest and search warrants.

3. The facts and information contained in this affidavit are based on my personal knowledge of the investigation, my training and experience, the observations and reports of other law enforcement officers, and information obtained from other agents and witnesses. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge or all facts known to the United States about this investigation.

4. I make this affidavit in support of a Criminal Complaint charging Emmanuel Gyasi ("GYASI") with conspiracy to commit money laundering, in violation of Title 18, United States Code, Section 1956(h). More specifically, as set forth in greater detail below, there is probable cause to believe that, from on or about March 28, 2022, to on or about June 29, 2022, GYASI conspired to launder approximately $1,154,800.00 in proceeds of fraud obtained from a victim who is a resident of the Eastern District of Virginia.

## PROBABLE CAUSE

5. On or about July 18, 2022, VICTIM 1, a resident of Arlington, Virginia, within the Eastern District of Virginia, came to the FBI Washington Field Office – Northern Virginia Resident Agency to report that he had been a victim of an online scam. VICTIM 1 had met an individual on an online dating website at some point in 2022 who claimed to be named Jessica Morris ("MORRIS"). MORRIS claimed to be romantically interested in VICTIM 1 and claimed to have inherited $12 million in gold bars. MORRIS claimed to have a lawyer named Steven Baggett ("BAGGETT") who was assisting her with the sale of these gold bars. MORRIS and BAGGETT promised VICTIM 1 that they would give him $5 million from the sale of the gold if VICTIM 1 would lend money to pay for various fees related to the gold sale. Because of this, VICTIM 1 sent a total of approximately $54,800.00 in Bitcoin over multiple transfers ranging in

value from $300.00 to $10,000.00 at a time to cryptocurrency wallets at the direction of MORRIS and BAGGETT. VICTIM 1 did so by cashing checks drawn from his Schwab account at two United Bank branches located in Arlington, Virginia, and then using this cash to fund transfers at two Bitcoin automated teller machines ("ATMs") located in Arlington, Virginia, from on or about March 28, 2022, to on or about May 5, 2022.

6. VICTIM 1 also conducted the following wire transfers to the following bank accounts at the direction of MORRIS and BAGGETT:

   a. On or about June 3, 2022, VICTIM 1 sent approximately $250,000.00 from his Schwab account to a JP Morgan Chase ("JPMC") account ending in -5717 held in the name BELCHIE & KAY LLC.

   b. On or about June 13, 2022, VICTIM 1 sent approximately $250,000.00 from his Schwab account to BELCHIE & KAY LLC's JPMC -5717 account.

   c. On or about June 14, 2022, VICTIM 1 sent approximately $350,000.00 from his Schwab account to BELCHIE & KAY LLC's JPMC -5717 account.

   d. On or about June 27, 2022, VICTIM 1 sent approximately $250,000.00 from his Schwab account to a JPMC account ending in -6100 held in the name GINAFASHION LLC.

7. VICTIM 1 informed law enforcement that he used the internet to initiate all the wire transfers referenced in paragraph 6. He initiated some of these transfers while at his residence in Arlington, Virginia, and others while at his workplace in Washington, DC.

8. In total, VICTIM 1 sent approximately $1,154,800.00 to MORRIS and BAGGETT. VICTIM 1 was informed that the gold would be sold on or about June 27, 2022; however, on the

day of the sale, BAGGETT asked VICTIM 1 to send approximately another $150,000.00 towards the sale of the gold. VICTIM 1 then realized that he was a victim of a scam and asked Schwab to attempt to recall his money. Schwab was able to recall the $250,000.00 wire sent on or about June 27, 2022, to JPMC -6100 (held in the name of GINAFASHION LLC). At no point did VICTIM 1 acquire proceeds from the sale of MORRIS's supposed gold, nor did he ever meet MORRIS or BAGGETT in person.

9. The FBI initiated an investigation into MORRIS and BAGGETT with the Department of Homeland Security's ("DHS") Homeland Security Investigations ("HSI"). Law enforcement learned from information voluntarily provided by JPMC that GYASI was one of the signers for BELCHIE & KAY LLC's JPMC -5717 account, and that this business had an address in Illinois. Law enforcement used the Office of the Illinois Secretary of State's publicly-available business search website to confirm that BELCHIE & KAY LLC was established by GYASI on or about August 6, 2020.

10. JPMC's information showed that GINAFASHION LLC's JPMC -6100 account was opened by another person ("CO-CONSPIRATOR 1" or "CC-1") and had a business address in Maryland. CC-1 established GINAFASHION LLC on or about April 1, 2019, according to the Maryland Business Express, a publicly-available website maintained by the state of Maryland that contains information about businesses incorporated in Maryland.

11. Law enforcement learned that, after JPMC -5717 received VICTIM 1's funds, numerous transfers were made from it to other individuals and businesses in the following days, including some that had accounts at foreign banks. From on or about June 3, 2022, to on or about June 29, 2022, all of VICTIM 1's funds were debited from JPMC -5717, mostly in the form of

4

outgoing wires, wire fees, withdrawals, and other outgoing transfers of funds through the use of an online payment platform known as Zelle.[1] Law enforcement also observed that, during this time, JPMC -5717 did not appear to receive any other credits besides VICTIM 1's incoming wires. By June 30, 2022, JPMC -5717's balance was zero dollars. Figure 1 shows some, but not all, of the wires and transfers that were made from JPMC -5717 with VICTIM 1's funds:

| Date | Amount | Description |
|---|---|---|
| 6/6/2022 | $48,500.00 | wired to a Bank of America account held by PUKKA AUTO CENTER LLC |
| 6/7/2022 | $43,116.00 | wired to a Bank of America account held by PUKKA AUTO CENTER LLC |
| 6/9/2022 | $49,950.00 | wired to a Canadian Imperial Bank of Commerce account held by OHWOW CAR DEALS AND EXPORTS |
| 6/13/2022 | $4,880.00 | sent via Zelle to PUKKA AUTO CENTER LLC |
| 6/16/2022 | $44,325.00 | wired to a Bank of America account held by PUKKA AUTO CENTER LLC |
| 6/17/2022 | $47,104.00 | wired to a Bank of America account held by PUKKA AUTO CENTER LLC |
| 6/21/2022 | $7,000.00 | sent via Zelle to PUKKA AUTO CENTER LLC |
| 6/21/2022 | $49,950.00 | wired to a Canadian Imperial Bank of Commerce account held by OHWOW CAR DEALS AND EXPORTS |
| 6/22/2022 | $47,815.00 | wired to a Bank of America account held by PUKKA AUTO CENTER LLC |
| 6/22/2022 | $49,950.00 | wired to a Canadian Imperial Bank of Commerce account held by OHWOW CAR DEALS AND EXPORTS |
| 6/23/2022 | $90,000.00 | wired to a Canadian Imperial Bank of Commerce account held by OHWOW CAR DEALS AND EXPORTS |
| 6/23/2022 | $4,350.00 | sent via Zelle to PUKKA AUTO CENTER LLC |
| 6/24/2022 | $91,205.00 | wired to a Bank of America account held by PUKKA AUTO CENTER LLC |
| 6/27/2022 | $72,885.00 | wired to a Bank of America account held by PUKKA AUTO CENTER LLC |
| 6/28/2022 | $7,000.00 | sent via Zelle to PUKKA AUTO CENTER LLC |

**Figure 1**

12.     Per Figure 1, one of the entities that received outgoing wires and Zelle transfers from JPMC -5717 was a Bank of America account held in the name PUKKA AUTO CENTER LLC. Law enforcement obtained information from Bank of America and learned that this account

---

[1] Per www.zellepay.com/how-it-works, users can use Zelle to send and receive funds with their mobile telephones by downloading the Zelle app or by using their own bank's app if their bank is a member of Zelle's network.

ends in -6525, the account signatory is GYASI, and that it also has a business address in Illinois. Research on the Office of the Illinois Secretary of State's publicly-available business search website confirmed that PUKKA AUTO CENTER LLC was registered to GYASI. In total, the JPMC -5717 account sent approximately $418,180.00 to the Bank of America -6525 account from on or about June 6, 2022, to on or about June 28, 2022.

13. Bank of America account -6525 was used to send VICTIM 1's funds further onwards to other entities and businesses, some with accounts held at foreign banks. Figure 2 shows some, but not all, of outgoing wires made from this account with VICTIM 1's funds:

| Date | Amount | Description |
|---|---|---|
| 6/6/2022 | $45,113.00 | wired to an Evolve Bank and Trust account held by PUKKA AUTO CENTER LLC |
| 6/7/2022 | $45,211.00 | wired to a Guaranty Trust Bank account held by PUKKA AUTO ENTERPRISES |
| 6/17/2022 | $49,950.00 | wired to a Bank of Montreal account held by OHWOW CAR DEALS AND EXPORT |
| 6/22/2022 | $49,950.00 | wired to a Bank of Montreal account held by OHWOW CAR DEALS AND EXPORT |
| 6/27/2022 | $20,000.00 | wired to an Evolve Bank and Trust account held by PUKKA AUTO CENTER LLC |
| 6/27/2022 | $20,100.00 | wired to an Evolve Bank and Trust account held by BELCHIE & KAY LLC |

**Figure 2**

14. Law enforcement obtained information from Evolve Bank and Trust and learned that its accounts with PUKKA AUTO CENTER LLC and BELCHIE & KAY LLC were serviced by a financial institution named Wise US Inc. and listed GYASI as their directors.

15. After receiving VICTIM 1's funds, these Wise US Inc. accounts again forwarded them onwards to various individuals and entities. These included what appeared to be an account at Guaranty Trust Bank[2] held in the name PUKKA AUTO ENTERPRISE, what appeared to be an account at Ecobank Ghana[3] held in the name PUKKA AUTO ENTERPRISE, and what appeared

---

[2] Per open-source research, Guaranty Trust Bank is a bank headquartered in Nigeria.
[3] Per open-source research, Ecobank Ghana is a bank headquartered in Ghana.

6

to be an account at Ecobank Ghana held in the name BELCHIEKAY ENTERPRISE. Law enforcement was unable to obtain records from Guaranty Trust Bank and Ecobank Ghana for these accounts but noted that their businesses' names were similar to the names of GYASI's companies PUKKA AUTO CENTER LLC and BELCHIE & KAY LLC, leading law enforcement to believe that they may also be affiliated with GYASI.

16. Law enforcement also noted that JPMC -5717 and Bank of America -6525 both sent wires to a company named OHWOW CAR DEALS AND EXPORT, as seen in Figures 1 and 2. This company appeared to have accounts at two Canadian banks – the Canadian Imperial Bank of Commerce and the Bank of Montreal.

17. Law enforcement believes that the aforementioned pattern of transfers showed that GYASI used a network of accounts at various banks for his companies BELCHIE & KAY LLC and PUKKA AUTO CENTER LLC to conceal the true source and nature of VICTIM 1's funds and to launder them to himself and other members of the criminal conspiracy. This included some co-conspirators that appeared to be located overseas because they held accounts at foreign banks. GYASI may have chosen to use accounts at American banks such as JPMC and Bank of America to initially receive and launder VICTIM 1's funds in order to avoid raising any suspicion with VICTIM 1 or the banks. Once VICTIM 1's funds were received, GYASI could then transfer them to accounts at foreign banks, such as those held by OHWOW CAR DEALS AND EXPORT, without any issues because these foreign banks would not be aware that these transfers were funded by proceeds of fraud.

18. On or about March 12, 2023, CC-1 departed the United States via a flight from Dulles International Airport to Accra, Ghana. DHS conducted an outbound border inspection of

7

CC-1 and detained her Apple iPhone. CC-1 also provided DHS with written consent to inspect this iPhone.

19. Upon examining CC-1's iPhone, law enforcement discovered on it several screenshots of JPMC -6100 statements showing that CC-1 had received VICTIM 1's wire for $250,000.00 on or about June 28, 2022 (the day after the wire transfer was initiated by VICTIM 1). There were also screenshots of what appeared to be an e-mail from JPMC sent to CC-1 on or about June 28, 2022. The e-mail informed CC-1 that JPMC was investigating the $250,000.00 wire sent to JPMC -6100 on or about June 27, 2022, that this wire was being recalled, and that JPMC was seeking CC-1's permission to debit her account for this amount. Law enforcement also discovered a picture that had been taken of a letter from JPMC addressed to CC-1 and GINAFASHION LLC. The letter stated that VICTIM 1's financial institution had notified JPMC that the $250,000.00 wire deposited into JPMC -6100 on or about June 28, 2022, was fraudulent and that account -6100 would be restricted pending further investigation by JPMC.

20. Law enforcement observed in CC-1's iPhone settings that data was being backed up to her iCloud. This included data from her iPhone's Photos, iCloud Mail, Contacts, Telegram, WhatsApp, and Facebook Messenger apps. Law enforcement also observed on CC-1's iPhone that her iCloud account had the Apple ID of REGINA3944@GMAIL.COM.

21. On or about March 16, 2023, law enforcement sent a preservation request to Apple Inc. ("Apple") to request the preservation of data in Apple iCloud accounts associated with the Apple IDs REGINA3944@GMAIL.COM and GYASIAGYEI2@GMAIL.COM, which was an email address that JPMC and Wise US Inc. had listed for GYASI. On the same day, Apple confirmed that it had received this request and was preserving data from iClouds associated with

these two Apple IDs.

22. On or about May 1, 2023, law enforcement executed a search warrant (1:23-SW-233, signed by the Honorable Ivan D. Davis) on CC-1's iPhone based on the images found during the border inspection that appeared to confirm CC-1's involvement with the laundering of VICTIM 1's funds. Although CC-1 had already given consent to law enforcement to search this iPhone, law enforcement sought a search warrant out of an abundance of caution. The warrant also allowed DHS to release the iPhone from their detention and to be seized by the FBI as evidence.

23. On or about May 17, 2023, law enforcement served a search warrant (1:23-SW-263, signed by the Honorable Ivan D. Davis) on Apple for information located on iCloud accounts associated with CC-1's and GYASI's Apple IDs.

24. On GYASI's iCloud account, law enforcement located a WhatsApp text message thread between GYASI and a telephone number that had the country code for Ghana and ended in -1209. This number was saved under the name of a different person ("CO-CONSPIRATOR 2" or "CC-2"). Law enforcement researched this number in government databases and found that CC-2 was likely a Ghanian citizen who had visited the United States in the past but was most likely not currently residing in the United States.

25. Law enforcement reviewed GYASI's and CC-2's text messages and found evidence that they conspired to launder VICTIM 1's funds with other co-conspirators, and that they were both aware that VICTIM 1 had been defrauded. CC-2 appeared to be responsible for communicating with the co-conspirators that impersonated MORRIS and BAGGETT, and conveyed instructions to GYASI as to where to send the fraud proceeds. Law enforcement also found evidence that GYASI and CC-2 were affiliated with the companies BELCHIEKAY

ENTERPRISE, PUKKA AUTO CENTER LLC, and PUKKA AUTO ENTERPRISE. The evidence includes the following:

    a. On or about January 15, 2021, CC-2 sent a picture of a Republic of Ghana document showing that the company name BELCHIEKAY ENTERPRISE had been registered under Ghanian law. CC-2 followed this with, "Worldwide…We are worldwide," to which GYASI responded with, "Let's gooo..." Law enforcement understood this to mean that GYASI and CC-2 had registered this business in Ghana and were thus affiliated with this company.

    b. On or about May 13, 2021, GYASI sent a picture of a document from the State of Illinois Office of the Secretary of State that certified PUKKA AUTO CENTER LLC as a company in Illinois. GYASI then said, "I will send u the biz details for Pukkauto…" Law enforcement believed this meant that GYASI registered this company in Illinois and provided its details, potentially to include bank account information, to CC-2, likely so that CC-2 could provide it to co-conspirators who could then direct victims to wire funds to it.

    c. On or about October 15, 2021, CC-2 sent GYASI a picture of a Republic of Ghana document showing that the company PUKKA AUTO ENTERPRISE had been registered under Ghanian law. CC-2 followed this with, "Finally..Let's goo."

    d. On or about November 2, 2021, CC-2 told GYASI, "I will start up the pukka accounts in Ghana shortly." Law enforcement believes this may be a reference to PUKKA AUTO ENTERPRISE's account at Ecobank Ghana which had

received some of VICTIM 1's funds.

e. On or about June 3, 2022, CC-2 sent a screenshot to GYASI of a notification that read in part, "Your Wire Request Has Been Initiated." The screenshot then detailed one of VICTIM 1's $250,000.00 wires from his Schwab account to BELCHIE & KAY LLC's JPMC -5717 account. From training and experience, law enforcement believes that this was a notification that only VICTIM 1 would have received from Schwab. The co-conspirators impersonating MORRIS or BAGGETT likely instructed VICTIM 1 to send a screenshot of this notification to them as confirmation that he sent the funds. The co-conspirators would have provided this to CC-2 to share with GYASI so that GYASI could expect the arrival of VICTIM 1's funds in JPMC -5717. Because Schwab would have only sent this notification to VICTIM 1, CC-2's possession of this screenshot showed that CC-2 was likely communicating with the fraudsters impersonating MORRIS and BAGGETT. Approximately one hour and fifty minutes later, GYASI sent to CC-2 a screenshot of JPMC -5717's recent transactions showing that VICTIM 1's $250,000.00 wire had been received.

f. On or about June 7, 2022, CC-2 sent GYASI a message stating, "How far bro." GYASI replied with, "I will send you receipt soon," followed by a screenshot of a notification that appeared to show an outgoing international transfer from Bank of America for $45,211.00 to PUKKA AUTO ENTERPRISE. Law enforcement believes this to be a reference to one of the outgoing wires referenced in Figure 2.

g. On or about June 13, 2022, CC-2 sent GYASI a screenshot of another Schwab notification that stated that a $250,000.00 wire to BELCHIE & KAY LLC's JPMC -5717 account was scheduled. CC-2 stated, "Another funds has been sent," to which GYASI replied, "Okay got it bro."

h. On or about June 14, 2022, CC-2 sent GYASI a screenshot of another Schwab notification that stated that a $350,000.00 wire to BELCHIE & KAY LLC's JPMC -5717 account was scheduled. CC-2 stated, "350k…Keeping fingers crossed," to which GYASI replied, "Alright bet and same here bro." CC-2 then said, "Bro when u send the funds from the wise let me know…To Canada…" GYASI responded with, "Okay bro…To the OHWOW exports?" to which CC-2 replied with, "Yes bro." Law enforcement believes this to be a reference to one of the outgoing wires referenced in Figures 1 or 2 to OHWOW CAR DEALS AND EXPORTS.

i. On or about June 28, 2022, GYASI sent screenshots of notifications that he had received from JPMC. The notifications stated that the $1.1 million that VICTIM 1 had sent to JPMC -5717 and -6100 were being recalled and asked for GYASI's and CC-1's permission to return the funds. CC-2 responded with, "My guy and client is saying reply the email and say the monies sent was for project investments." Law enforcement believes CC-2 likely received direction from other co-conspirators to instruct GYASI to lie to JPMC to prevent VICTIM 1's funds from being returned.

j. On or about June 29, 2022, CC-2 sent a screenshot of a text message thread.

12

The thread was with VICTIM 1 and showed that VICTIM 1 wrote the following to the person he believed to be MORRIS: "Jessica, according to Schwab you and Steven are resisting returning the $250,000…Schwab advises that you and Steven have defrauded me as part of a scheme…Schwab advised I should report all of this to the authorities as they say it is part of a fraudulent scheme." Law enforcement believes that this thread was obtained from a co-conspirator that was impersonating MORRIS and communicating with VICTIM 1.

k. On or about June 30, 2022, CC-2 sent what appeared to be further screenshots from VICTIM 1's text thread with MORRIS. The screenshots showed messages from MORRIS that stated, in part, "…If I was really a fraudster do you think I'll have a whole $250K in my possession and allow them to return it? When I even needed that money badly to close the sales? Think about it. Which fraudster does that? …I believe with time, I'll prove the Schwab investigators wrongly. I still love and cherish you and have no plans of ever hurting you in any way." CC-2 then told GYASI, "The last 3 messages are those that I sent," which law enforcement believes meant that CC-2 also impersonated MORRIS to defraud VICTIM 1.

l. On or about July 2, 2022, GYASI informed CC-2 that JPMC was again asking GYASI for permission to return VICTIM 1's funds. GYASI and CC-2 then exchanged several messages in which they appeared to craft a response to JPMC that claimed VICTIM 1's funds were received as payment for VICTIM 1's business partner and that GYASI would not authorize their return.

13

m. On or about July 6, 2022, GYASI sent CC-2 a picture of a letter from JPMC that was addressed to CC-1. The letter stated that GINAFASHION LLC's JPMC -6100 account was restricted because Schwab had informed JPMC that VICTIM 1's $250,000.00 wire was fraudulent. GYASI then sent CC-2 what appeared to be pictures of CC-1 with her head in her hands. GYASI then told CC-2, "Bro you see how the girl is stressed. She's scared they'll close her account," to which CC-2 replied, "I really regret this bro."

n. On or about July 18, 2022, GYASI sent CC-2 a screenshot of an email that GYASI appeared to have received from the CEO of OHWOW CAR DEALS AND EXPORTS. In it, the CEO informed GYASI that they learned GYASI's recent payment to them had been recalled due to fraud and asked GYASI why. The CEO also informed GYASI that the funds had been used to purchase a Lamborghini on GYASI's behalf, which had then been shipped overseas. On or about August 13, 2022, GYASI sent CC-2 a screenshot of an email that GYASI had written to OHWOW CAR DEALS AND EXPORTS. GYASI's email stated, in part, "First off, please stop acting like you don't know what's going on. You and your people know that the funds you guys used to buy the car is fraud money! Do you want to tell your bank the truth or go to the police station to make a case then?"

14

## **CONCLUSION**

26. Based on this information, I respectfully submit that this affidavit supports probable cause to charge GYASI with conspiracy to commit money laundering, in violation of Title 18, United States Code, Section 1956(h).

Michael Y. Jeng
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me by telephone this 17th day of July, 2025.

Digitally signed by Ivan Davis
Date: 2025.07.17 13:52:30 -04'00'

The Honorable Ivan D. Davis
United States Magistrate Judge